Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Dipesh Singla, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case Number:** 25-1431 |
| ) | |
| United States of America, State of Illinois, Chicago Police Department, Federal Bureau of Investigation, Office of Federal Contract Compliance Programs, Occupational Safety and Health Administration, Chicago Commission on Human Relations, Peter Oakley, Marisol Gallegos, Secretary of Labor, Stacy McGuire, Directorate of Whistleblower Protection Programs, Department of Justice, Department of Labor, Equal Employment Opportunity Commission, Student and Exchange Visitor Program, Immigration and Customs Enforcement, Governor of Illinois Office, JB Pritzker, City of Chicago, Mayor of Chicago Office, Brandon Johnson, Chicago Police Superintendent Office, Larry Snelling, Cook County Illinois, Cook County Board of Commissioners, Toni Preckwinkle, Cook County Sheriff Office, Thomas J. Dart, Illinois Secretary of State, Occupational Safety and Health Review Commission, Elbert Thomas, Chicago Police Bureau of Internal Affairs, Shrivatsa Thulasiram, University of Chicago, University of Chicago Police Department, Dean of the Physical Sciences Division, Kate Biddle, Ethan Mesquita, Baraeh Lampert, President of the University of Chicago, Provost of the University of Chicago, University of Chicago Human Resources and Does 1-100 ) | |
| ) | |
| **Defendant.** ) | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Dipesh Singla's actions against Defendant's United States of America**,** State of Illinois, Chicago Police Department, Federal Bureau of Investigation, Office of Federal Contract Compliance Programs, Occupational Safety and Health Administration, Chicago Commission on Human Relations, Peter Oakley, Marisol Gallegos, Secretary of Labor, Stacy McGuire, Directorate of Whistleblower Protection Programs, Department of Justice, Department of Labor, Equal Employment Opportunity Commission, Student and Exchange Visitor Program, Immigration and Customs Enforcement, Governor of Illinois Office, JB Pritzker, City of Chicago, Mayor of Chicago Office, Brandon Johnson, Chicago Police Superintendent Office, Larry Snelling, Cook County Illinois, Cook County Board of Commissioners, Toni Preckwinkle, Cook County Sheriff Office, Thomas J. Dart, Illinois Secretary of State, Occupational Safety and Health ReviewCommission, Elbert Thomas, Chicago Police Bureau of Internal Affairs, Shrivatsa Thulasiram, University of Chicago, University of Chicago Police Department, Dean of the Physical Sciences Division, Kate Biddle, Ethan Mesquita, Baraeh Lampert, President of the University of Chicago, Provost of the University of Chicago, University of Chicago Human Resources and Does 1-100 is dismissed without prejudice as duplicative of Case No. 25-cv-1426-JEH-RLH, which has been transferred to the U.S. District Court for the Northern District of Illinois.

**Dated:**   10/21/25

                                                                s/ Shig Yasunaga
                                                                Shig Yasunaga
                                                                Clerk, U.S. District Court

                                                                *MMM*